1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMELINE, INC.,

              Plaintiff,

    v.

PROCLARITY CORPORATION,

              Defendant.

CASE NO. C05-1013JLR

MINUTE ORDER

     The following minute order is made by the direction of the court, the Honorable James L. Robart:

     The court has received an incomplete joint claim chart from the parties. Accordingly, the court directs the parties to submit an amended joint claim chart that includes each party's proposed construction for each and every disputed term by January 30, 2006. Concurrent with a joint claim chart, the parties should also submit revised prehearing statements. Of the disputed terms, the court directs the parties to prioritize a maximum of 10 terms for the court's consideration at an initial <u>Markman</u> hearing. The parties should submit a joint letter to the court on January 30, 2006 that identifies the prioritized 10 (or less) terms. The due date for opening claim construction briefs is February 6, 2006. Responsive claim construction briefs are due on February 21, 2006.

MINUTE ORDER – 1

The briefs should address only the prioritized terms that will be the subject of the initial Markman hearing.  The Markman hearing date of March 1, 2006 is hereby VACATED until further notice by the court (Dkt. # 11).

     Filed and entered this 12th day of January, 2006.

BRUCE RIFKIN, Clerk

By     s/Mary Duett

     Deputy Clerk

MINUTE ORDER – 2