UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMELINE, INC.,

        Plaintiff,

   v.

PROCLARITY CORPORATION, et al.,

        Defendants.

CASE NO. C05-1013JLR

MINUTE ORDER

     The following minute order is made by the direction of the court, the Honorable James L. Robart:

     The court has received the parties' agreed motion to adjust the case schedule wherein the parties dispute every proposed deadline (Dkt. # 150). It should go without saying that the court is discouraged over the lack of cooperation exhibited by counsel in proposing a workable case schedule for both parties. The court nevertheless revises the trial and related dates as follows:

| **TRIAL DATE** | **December 5, 2006** |
|---|---|
| <u>Markman</u> hearing | April 25, 2006, 1:30 p.m. |

MINUTE ORDER – 1

| Opening expert reports due | June 16, 2006 |
|---|---|
| Rebuttal expert reports due | July 14, 2006 |
| Discovery completed by | July 28, 2006 |
| Dispositive motions filed by | August 18, 2006 |
| Settlement conference held no later than | September 18, 2006 |
| Mediation held no later than | October 13, 2006 |
| Motions *in limine* filed by | October 26, 2006 |
| Agreed pre-trial order due | November 16, 2006 |
| Trial briefs, voir dire, jury instructions, and trial exhibits due | November 16, 2006 |
| Pre-trial conference | November 20, 2006 |

The court reserves its determination on setting the length of trial, which it will likely shorten from the currently scheduled 12 days.

Lastly, the court directs the parties to contact the court's deputy clerk, Ms. Casey Condon, at 206-370-8520, to schedule a telephonic conference to occur at least 10 days prior to the Markman hearing so that the court can discuss with the parties the format for the hearing.

Filed and entered this 31st day of March, 2006.

BRUCE RIFKIN, Clerk

By   s/Mary Duett
      Deputy Clerk

MINUTE ORDER – 2