UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMELINE, INC.,

           Plaintiff,

    v.

PROCLARITY CORPORATION, et al.,

           Defendants.

CASE NO. C05-1013JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court informs the parties that the law clerk assigned to this case has been changed due to administrative reasons. In the future, on those extremely rare occasions that the parties need to speak with the law clerk, they should contact the court's judicial assistant via the main chamber's phone line at (206) 370-8920.

As a result of this staffing change, the court VACATES the upcoming Markman hearing scheduled for April 25, 2006. The court will contact the parties to reschedule the hearing.

Filed and entered this 20th day of April, 2006.

BRUCE RIFKIN, Clerk

By    s/Mary Duett
      Deputy Clerk

MINUTE ORDER