UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMELINE, INC.,

        Plaintiff,

  v.

PROCLARITY CORPORATION,

        Defendant.

No. C05-1013JLR

ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

      This matter comes before the court on Plaintiff's motion for leave to file a second amended complaint. (Dkt. # 184). Plaintiff's proposed amended complaint would add Microsoft Corporation as a party and would add breach of contract and patent infringement claims against Microsoft. Defendant ProClarity, a Microsoft subsidiary, states that it "does not oppose the motion to amend, but reserves its rights to move for a dismissal, severance, or other appropriate relief regarding the amended claims." (Dkt. # 191).

      Having reviewed the materials submitted by the parties, the court GRANTS Plaintiff's unopposed motion for leave to file the second amended complaint attached as Exhibit A to its motion.

//

//

//

ORDER - 1

1  By separate order, the court will issue a revised case schedule for this matter, taking into account the

2  parties' recently submitted Joint Report to the Court Regarding Amendment of Case Schedule. (Dkt.

3  # 195). In light of Plaintiff's unchallenged representations that Microsoft has worked closely with

4  ProClarity over the course of this litigation in connection with claim construction matters, the parties

5  are advised that the court is not inclined to permit submission of a revised joint claim chart.

6      Dated:   September 28, 2006

7

8                                        s/James L. Robart
                                      JAMES L. ROBART
                                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER - 2