1

2

3

4

5            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
6                    AT SEATTLE

7   TIMELINE, INC.,

8                    Plaintiff,
                                          No. C05-1013JLR
9            v.
                                          ORDER ON DISCOVERY MOTIONS
10  PROCLARITY CORPORATION, et al.,

11                   Defendants.

12

13

14       This matter comes before the court on two related motions: (1) Microsoft Corporation's

15  Motion for Protective Order (Dkt. # 288); and (2) Timeline, Inc.'s Motion to Compel Deposition

16  Regarding Source Code or to Exclude Evidence or Questioning Regarding Same (Dkt. # 290).  Both

17  motions concern Timeline's Fifth Notice of Deposition to Microsoft Pursuant to Rule 30(b)(6).

18       Having reviewed the materials submitted by the parties and finding that oral argument is not

19  necessary to decide these matters, the court DENIES Microsoft's motion for a protective order and

20  GRANTS Timeline's motion to compel for the reasons stated below.

21                              **Discussion**

22       Timeline's fifth 30(b)(6) deposition notice to Microsoft requests that Microsoft designate one

23  or more persons to testify regarding the location of certain source code within Analysis Services 2005,

24  a Microsoft product.  Although Microsoft raised a number of objections to this notice, Microsoft

25

ORDER - 1

1   indicated that it would present a witness to testify at a time to be agreed upon by counsel, subject to

2   its objections.

3       At the request of both sides, the court issued an order extending the discovery deadline to June

4   15th for certain depositions, including this deposition (Dkt. # 284).  However, Microsoft informed

5   Timeline on June 14th that it would not produce a witness for the deposition and filed a motion for a

6   protective order the same day.  On June 15th, Timeline filed its own motion to compel the deposition.

7       Microsoft argues that compliance with the deposition notice would be unduly burdensome.

8   Microsoft states that Analysis Services 2005 contains approximately two million lines of source code

9   and asserts that a team of sixty programmers and developers would need to spend six months to

10  prepare for the deposition.  Microsoft suggests that Timeline should rely on its expert to locate the

11  source code that relates to the functions and features specified in the deposition notice, noting that

12  Timeline has had the source code since February 2007.

13      The court is not persuaded by Microsoft's arguments.  Timeline is requesting that Microsoft

14  produce one or more witnesses to testify regarding the location of source code in Analysis Services

15  2005 that relates to a specified list of functions and features.  Analysis Services 2005 is Microsoft's

16  product.  It is not unreasonable or unduly burdensome to expect Microsoft to produce one or more

17  witnesses who are knowledgeable about the location of source code that relates to specified functions

18  and features in its own product.

19      Rule 30(b)(6) requires Microsoft to designate one or more witnesses to "testify as to matters

20  known or reasonably available to the organization."  Although the designated witness or witnesses

21  must make thorough efforts to prepare for the deposition, the court obviously does not expect

22  Microsoft to have sixty employees devote six months to this matter.  The court takes Timeline at its

23  word that it would be "satisfied with a witness who could generally point to modules within the code

24  which contain certain features" (Dkt. # 322 at 4).  If the location of the specified source code cannot

25

ORDER - 2

1   be identified by Microsoft's designee(s) despite reasonably thorough and good faith preparation

2   efforts, the designated witness or witnesses may testify why that is so at the deposition.

3                                               **Conclusion**

4         Consistent with the discussion above, the court GRANTS Timeline's motion to compel and

5   DENIES Microsoft's motion for a protective order.  Microsoft is ORDERED to produce one or more

6   witnesses to testify to the topics listed in Plaintiff's Fifth Notice of Deposition to Microsoft Pursuant

7   to Rule 30(b)(6), at a time and place to be agreed upon by counsel, but no later than August 24, 2007.

8         Dated: July 31, 2007

9

10                                    s/James L. Robart
                                      JAMES L. ROBART
11                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER - 3