The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMELINE, INC., | ) |
| | ) |
| Plaintiff, | )  No. CV 05-1013 JLR |
| | ) |
| v. | )  STIPULATION AND ORDER FOR |
| | )  DISMISSAL WITH PREJUDICE |
| PROCLARITY CORP., etc., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (CV 05-1013 JLR) — 1

DWT 2142514v2 0025936-000646

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  This matter having been settled, the parties through their undersigned counsel of
2  record hereby stipulate to the dismissal of the action, and all claims and counterclaims
3  asserted therein, with prejudice and without costs or attorneys' fees to any party.

RESPECTFULLY SUBMITTED this 16th day of October, 2007.

| Susman Godfrey LLP | Davis Wright Tremaine LLP |
| Of Attorneys for Plaintiff | Of Attorneys for Defendant |
| Timeline, Inc. | ProClarity Corporation |

By  /s/ Parker C. Folse, III                    By /s/ Marvin L. Gray

Parker C. Folse, III, WSBA #24895        Marvin L. Gray, Jr., WSBA #5161
E-mail:  pfolse@susmangodfrey.com        E-mail: montygray@dwt.com
Floyd G. Short, WSBA #21632              Cassandra L. Kinkead, WSBA #22845
E-mail:  fshort@susmangodfrey.com        E-mail: cassikinkead@dwt.com
1201 Third Avenue, Suite 3800            1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045           Seattle, Washington 98101-3045
Telephone:  (206) 516-3880               Telephone: (206) 757-8054
Fax:  (206) 516-3883                     Fax: (206) 757-7054

# O R D E R

Based on the foregoing stipulation, IT IS SO ORDERED.

Dated this ___ day of October, 2007.

_____
JAMES L. ROBART
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (CV 05-1013 JLR) — 2

DWT 2142514v2 0025936-000646

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700